**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FRANK HAGLER,<br><br> Plaintiff,<br><br>  v.<br><br>SOUTHWEST ENERGY PRODUCTION COMPANY a/k/a, d/b/a, t/a, t/d/b/a SOUTHWESTERN ENERGY; a/k/a, d/b/a, t/d/b/a SEECO, INC.; and, a/k/a, d/b/a, t/a, t/d/b/a SEPCO, ,<br><br> Defendant. | CIVIL ACTION NO. 3:12-cv-1692<br><br>(JUDGE CAPUTO) |

**ORDER**

 **NOW**, this 27th day of August, 2012, **IT IS HEREBY ORDERED** that Plaintiff Frank Hagler is given leave to file an amended complaint within twenty-one (21) days from the date of this order. If the Plaintiff fails to do so, the action will be dismissed.


           /s/ A. Richard Caputo

           A. Richard Caputo
           United States District Judge